**Opinion issued April 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00591-CV

————————————

## LILLIAN LISA SHELTON, Appellant

## V.

## FRANK VALDEZ AND LESS STRESS INVESTORS, LLC, Appellees

---

**On Appeal from the County Court at Law**
**Parker County, Texas**
**Trial Court Case No. CIV16-1006**

---

## MEMORANDUM OPINION

Appellant, Lillian Lisa Shelton, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.